Stephen C. Jensen (SBN 149894)
steve.jensen@knobbe.com
Jon W. Gurka (SBN 187964)
jon.gurka@knobbe.com
Marissa M. Calcagno (SBN 279783)
marissa.calcagno@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone:  (949) 760-0404
Fax:      (949) 760-9502

Attorneys for Plaintiff
MASIMO CORPORATION

JS-6

NOTE: CHANGES MADE BY THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASIMO CORPORATION,<br><br>           Plaintiff,<br><br>      v.<br><br>BIOSENSE TECHNOLOGIES PVT. LTD.,<br><br>           Defendant. | Case No. SACV12-887 AG (JPRx)<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br><br>Hon. Andrew J. Guilford |

The above-captioned action having come before this Court upon Plaintiff Masimo Corporation's ("Masimo") Motion for Entry of Default Judgment, and the Court having considered all of the papers and filed in support of the motion, the record in this case, any papers filed in opposition thereto, and good cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED**, as follows:

1. This Court has personal jurisdiction over Masimo and Defendant Biosense Technologies Pvt. Ltd., a corporation of the Republic of India.

2. This Court has subject matter jurisdiction over Masimo's claims in this case.

3. Venue is proper in this judicial district.

4. Judgment is hereby entered in favor of Masimo and against Biosense as to Masimo's claims for: (a) false advertising under 15 U.S.C. § 1125(a); (b) trademark infringement under 15 U.S.C. § 1114 of Masimo's federal registration No. 1,896,713, (c) unfair competition under California Business & Professions Code § 17200, *et seq.*, and (d) common law unfair competition, as asserted in Masimo's Complaint. (Dkt. No. 1.)

5. Biosense has engaged in acts of false advertising by using false and misleading statements regarding Defendant Biosense's ToucHb device and Masimo's products.

6. Biosense has infringed Masimo's U.S. Trademark Registration No. 1,896,713 in the ⬥ mark by using the ⬥ mark in connection with the promotion and advertising of Biosense's ToucHb device.

7. Biosense has engaged in acts of unfair competition against Masimo.

/ / /

/ / /

/ / /

8. Biosense, and its principals, officers, agents, and employees, are hereby permanently ENJOINED and RESTRAINED from each of the following activities:

    a. Engaging in any act or practice that constitutes false or misleading advertising regarding the ToucHb device and Masimo's products;

    b. Using U.S. Trademark Registration No. 1,896,713, and any confusingly similar variations, in any manner that is likely to create confusion or the impression that Defendant Biosense's goods originate from Masimo, or are endorsed by Masimo, or are connected in any way with Masimo; and

    c. Engaging in any act or practice that otherwise infringes U.S. Trademark Registration No. 1,896,713.

9. Within thirty (30) days after the service of this Final Judgment and Permanent Injunction, Biosense, and its principals, officers, agents, and employees, shall, remove and/or instruct the appropriate third parties to immediately remove the videotaped recording of Mr. Myshkin Ingawale's February 2012 presentation at the Technology, Entertainment, and Design ("TED") conference from the following website:

    http://www.ted.com/talks/myshkin_ingawale_a_blood_test_without_bleeding.html

and from any other website(s) on which the videotaped recording of Mr. Ingawale's presentation may be found.

//
//
//

10. This Court retains jurisdiction over this Final Judgment and Permanent Injunction for the purpose of ensuring                                   .

**IT IS SO ORDERED.**

Dated:  February 10, 2014

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

17171854